Entered on Docket
March 26, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Michael C. Fallon, SBN 088313
Michael C. Fallon, Jr. SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Signed and Filed: March 25, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:                                        Case No. 20-10003

Deborah Louise Bowman                         Chapter 13

        Debtor.
_____/

### ORDER BY DEFAULT AUTHORIZING
### DEBTOR TO SELL REAL PROPERTY

The court having considered the application of the Chapter 13 Debtor, Deborah Louise Bowman, for an order by default authorizing the sale of her residence, the documents filed in support thereof, good cause appearing, it is hereby

ORDERED

1.    The Application is approved;

2.    Debtor is authorized to sell the single family dwelling commonly described as 3941 Golden Gate Avenue, Santa Rosa, CA, APN 035-091-005-000 (the "Property"), and more particularly described in Exhibit A attached to the said Motion, to Angel Rincon Gallardo for $344,000 all cash.

3.    With the exception of the pre-petition arrears on the obligation to Thomas J.

Terry, III, Debtor is authorized to pay directly from escrow

    (i)   The ordinary and customary costs of sale.

    (ii)   The real property taxes due the County of Sonoma,

    (iii)   The principal obligation to Thomas J. Terry, III, c/o Superior Loan Servicing, that is secured by a deed of trust document number 2019047442 of Official Records.

    (iv) The obligation to Dan Jensen d/b/a Redwood Judgment Recovery, that is secured by a judgment document number 2019048264 of Official Records,

    (v)   $75,000 to Deborah Bowman, as her homestead exemption;

    (vi) The balance of the sale proceeds to the Chapter 13 Trustee pursuant to Debtor's proposed chapter 13 plan.

4.   The Chapter 13 Trustee is to be the disbursing agent on all pre-petition arrears that are owing to Thomas J. Terry, III.

**END OF ORDER*

Approved as to form:

/s/ *Brisa Ramirez*
_____

Brisa Ramirez
Attorney for David Burchard Chapter 13 Trustee

COURT SERVICE LIST