1  Michael C. Fallon, SBN 088313
2  Michael C. Fallon, Jr. SBN 303082
   100 E Street, Suite 219
3  Santa Rosa, California 95404
   Telephone: (707) 546-6770
4  Facsimile: (707) 546-5775
   mcfallon@fallonlaw.net
5  fallonmc@fallonlaw.net
6
   Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                      Case No. 20-10003

Deborah Louise Bowman                       Chapter 13

        Debtor.
_____/

APPLICATION FOR ORDER AMENDING ORDER
AUTHORIZING DEBTOR TO SELL REAL PROPERTY

    Chapter 13 Debtor, Deborah Louise Bowman, hereby applies for an order modifying this court's order sale of real property.

    1.    Debtor is the owner of a single family dwelling commonly described as 3941 Golden Gate Avenue, Santa Rosa, CA, APN 035-091-005-000 (the "Property"). and more particularly described in Exhibit A attached hereto.

    2.    Debtor filed chapter 13 on January 3, 2020, to stop the foreclosure initiated by Asset Default Management, Inc. that would have resulted in the loss of the Property had the foreclosure been concluded. Debtor's Chapter 13 plan, that has not been confirmed, provides:

> "The Debtor shall sell the Santa Rosa property. Debtor to pay net sale proceeds to the Chapter 13 Trustee on or before June 14, 2020. However, if the debtor has an opened bona fide escrow for the sale, the debtor shall have up to 60 days from the date escrow is opened to close the sale. The

1

Trustee will be the disbursing agent for all pre-petition arrears.

Net proceeds of sale are defined as price at which property sells, less ordinary and necessary costs of sale, including real estate commissions, less payment in full to **Thomas J. Terry III**, less Petitioner's allowed homestead exemption, less capital gains tax if any, payment to be made to the Chapter 13 Trustee directly from escrow."

3. Debtor has accepted an offer of $344,000 to purchase the Property from Angel Rincon Gallardo.

4. The Property is encumbered with the following liens that are to be paid through escrow:

(i) Property taxes, including any personal property taxes and assessments collected with taxes that are as follows:

Code Area: 004284
Tax Identification No.: 035-091-005-000
Fiscal Year: 2019-2020
1st Installment: $397.86, Paid
2nd Installment: $3,642.05, Open

(ii) The lien of supplemental or escaped assessments of property taxes, if any, made pursuant to the provisions of Chapter 3.5 (commencing with Section 75) or Part 2, Chapter 3, Articles 3 and 4, respectively, of the Revenue and Taxation Code of the State of California as a result of the transfer of title to the vestee named in Schedule A or as a result of changes in ownership or new construction occurring prior to Date of Policy.

(iii) A deed of trust to secure an indebtedness in the amount shown below.

| | |
|---|---|
| Amount: | $200,000 |
| Dated: | September 5, 2018 |
| Trustor/Grantor: | Deborah Bowman, an unmarried woman and Antonio Vasquez, an unmarried man as joint tenants |
| Trustee: | Superior Loan Servicing |
| Beneficiary: | Thomas J. Terry III, an unmarried man c/o Superior Loan Servicing |
| Recording Date: | September 7, 2019 |
| Recording No.: | 2018063624 |
| Re-Recording Date: | July 11, 2019 |
| Re-Recording No.: | 2019047442 |
| Reason: | to correct legal description |

Debtor estimates the balance due to Superior Loan Servicing is approximately $213,582.10.

2

(iv) A judgment, for the amount shown below, and any other amounts due:

Amount: $15,175.85
Debtor: Deborah Bowman
Creditor: Dan Jensen d/b/a Redwood Judgment Recovery
Date entered: June 17, 2009
County: Sonoma
Court: Superior
Case No.: MSC176175
Recording Date: July 15, 2019
Recording No: 2019048264, of Official Records

5. On March 26, 2020, the court authorized the sale on the terms set forth above.. The sale fell through. On April 30, 2020, the debtor received a $370,000 all cash offer, no contingencies, from Joseph Rubin, who is prepared to close the sale as quickly as the title company is able to close.

6. The difference between the order authorizing the sale and the modified order the debtor is requesting is a change in the name of the buyer, an increase in the sale price from $344,000 to $370,000 and no contingencies.

7. Debtor requests authority to pay directly out of escrow:

(i) The ordinary and customary costs of sale.

(ii) The real property taxes due the County of Sonoma,

(iii) The principal obligation to Superior Loan Servicing on behalf of Thomas J. Terry, III that is secured by a deed of trust document number 2019047442 of Official Records, with the pre-petition arrears to paid by the chapter 13 Trustee.

(iv) The obligation to Dan Jensen d/b/a Redwood Judgment Recovery, that is secured by a judgment document number 2019048264 of Official Records,

(v) $75,000 of proceeds to Deborah Bowman,

3

(vi) The balance of the sale proceeds to the Chapter 13 Trustee pursuant to Debtor's proposed chapter 13 plan.

WHEREFORE, the Debtor requests the court authorize her to sell the Property on the terms set forth above with the order to reflect that the Chapter 13 Trustee is to be the disbursing agent on all pre-petition arrears.

Dated:  May 4, 2020 /s/ *Michael C. Fallon*
Michael C. Fallon
Attorney for the Debtor

# EXHIBIT "A"
Legal Description

**For APN/Parcel ID(s): 035-091-005-000**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SANTA ROSA, COUNTY OF SONOMA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

BEING A PORTION OF LOT 15 AS SHOWN UPON THE MAP ENTITLED "LEDDY PARK", ETC., FILED DECEMBER 22, 1921 IN BOOK 40 OF MAPS, PAGE 14, SONOMA COUNTY RECORDS, SAID PORTION BEING DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWESTERLY CORNER OF SAID LOT 15, THENCE NORTH 5° 25' WEST ALONG THE WEST LINE 170 FEET; THENCE NORTH 84° 11' EAST 250 FEET TO THE EASTERLY LINE OF SAID LOT; THENCE ALONG THE EASTERLY LINE SOUTH 5° 25' EAST 170 FEET TO THE SOUTHEASTERLY CORNER OF SAID LOT; THENCE ALONG THE SOUTHERLY LINE, SOUTH 84° 11' WEST 250 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION DESCRIBED IN THE DEED FROM W. A. JOHNSTON, ET UX, TO RICHARD D. PESTONI, DATED AUGUST 19, 1949 AND RECORDED AUGUST 23, 1949 IN BOOK 901 OF OFFICIAL RECORDS, PAGE 352, SONOMA COUNTY RECORDS.

CLTA Preliminary Report Form - Modified (11.17.06)
SCA0002402.doc / Updated: 07.10.19

3

Printed: 02.11.20 @ 09:42 AM by DG
CA-FT---SPS-1-20-FSNX-0012000594

Case: 20-10003   Doc# 60   Filed: 05/04/20   Entered: 05/04/20 14:04:38   Page 5 of 5